**Elena M. SPENCE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3263.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Elena M. Spence, Bend, OR, pro se.

Brian S. Smith, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**James E. ACORD, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7411.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

ON MOTION

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent–Appellee.

Christopher A. Glaser, Wright, Robinson, Principal Attorney, Washington, DC, for Claimant–Appellant.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.